

Robert H. Rotstein
A Professional Corporation
(310) 312-3203 Phone
rxr@msk.com

December 16, 2025

**VIA CM/ECF**
Hon. Chief Judge Holmes
Hon. Judge Hart
Hon. Judge Carson
Tenth Circuit Court of Appeals
Byron White Court House 1823 Stout Street
Denver, CO 80257

Re: <u>*Whyte Monkee Productions, LLC et al. v. Netflix, et al.*, **No. 22-6086**</u>

Dear Chief Judge Holmes, and Judges Hart and Carson:

I write on behalf of Defendants-Appellees in the above-entitled matter to set forth their position regarding the Court's December 10, 2025 Notice of an Inadvertent Contact (the "Notice"). My clients are most appreciative that Chief Judge Holmes and the Court have brought this matter to our attention.

Defendants-Appellees agree with the Notice's provisional conclusion that the inadvertent contact described therein is ***not*** grounds for recusal. Defendants-Appellees therefore have ***no objection*** to Chief Judge Holmes's continued participation in this matter.

Sincerely,

Robert H. Rotstein
A Professional Corporation of
MITCHELL SILBERBERG & KNUPP LLP

RHR/kls

2049 Century Park East, 18th Floor, Los Angeles, California 90067-3120
Phone: (310) 312-2000 Fax: (310) 312-3100 Website: WWW.MSK.COM

20256221.3/51036-00000