DIGITAL JUSTICE
FOUNDATION

15287 Pepperwood Drive
Omaha, Nebraska 68154
(531) 210-2381

December 16, 2025

Christopher M. Wolpert
Honorable Clerk of Court
UNITED STATES COURT OF APPEALS
   FOR THE TENTH CIRCUIT
Byron White U.S. Courthouse
1823 Stout Street
Denver, Colorado 80257-1823
(303) 844-3157

[via CM/ECF]


Re: **<u>Letter Response</u>**

      on Parties' Positions in *Whyte Monkee Productions LLC v. Netflix Inc.*, No. 22-6086 (10th Cir.)


Dear Mr. Wolpert:

    This Honorable Court ordered the Parties to state if there is objection to continued participation of the Honorable Chief Judge in this case. 10th.Cir.Dkt.210 at 5-6¶12.

    Appellants have ***<u>no objection</u>*** to such continued participation. (The same is true for Appeal No's 22-6177 and 22-6199, *i.e.*, related appeals of the copyright-fees order.)

1

Appellants' appellate counsel appreciate the integrity and candor of the disclosure; have reviewed the authorities cited to in the order, id. at 5¶1; acknowledge that this Honorable Court has already expended substantial energies on this complicated appeal, especially on this posture; have full faith that all the Honorable Judges of this Court presiding over this case will rule impartially in accordance with what they view as the correct understanding of the law at issue; and conclude that a reasonable member of the public would have the same faith and confidence.

Respectfully submitted,

*/s/Andrew Grimm*
Andrew Grimm
Attorney
DIGITAL JUSTICE FOUNDATION
(531) 210-2381
Andrew@DigitalJusticeFoundation.org
Andrew.B.Grimm@Gmail.com

*Attorney for Appellants*

Service: CM/ECF