FILED
United States Court of Appeals
Tenth Circuit

March 27, 2024

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

WHYTE MONKEE PRODUCTIONS, LLC; TIMOTHY SEPI,

    Plaintiffs - Appellants,

v.

NETFLIX, INC.; ROYAL GOODE PRODUCTIONS, LLC,

    Defendants - Appellees.

No. 22-6086
(D.C. No. 5:20-CV-00933-D)
(W.D. Okla.)

_____

### JUDGMENT
_____

Before **HOLMES**, Chief Judge, **HARTZ**, and **CARSON**, Circuit Judges.
_____

    This case originated in the Western District of Oklahoma and was argued by counsel.

    The judgment of that court is affirmed in part and reversed in part. The case is remanded to the United States District Court for the Western District of Oklahoma for further proceedings in accordance with the opinion of this court.

    Entered for the Court

    CHRISTOPHER M. WOLPERT, Clerk