# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

| | |
|---|---|
| Whyte Monkee Productions, LLC, Timothy Sepi,<br>    Plaintiffs-Appellants,<br><br>v.<br><br>Netflix, Inc., Royal Goode Productions LLC,<br>    Defendants-Appellees. | Case No. 22-6086 |

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Motion Picture Association, Inc.
[Party or Parties][1]

Amicus Curiae, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

| | |
|---|---|
| Kelly M. Klaus | Rose Leda Ehler |
| Name of Counsel | Name of Counsel |
| *(signature)* | *(signature)* |
| Signature of Counsel | Signature of Counsel |
| Munger, Tolles & Olson LLP<br>560 Mission St., 27th Fl.<br>San Francisco, CA 91405  (415) 512-4017 | Munger, Tolles & Olson LLP<br>350 S. Grand Ave., 50th Fl.<br>Los Angeles, CA 90071  (213) 683-9240 |
| Mailing Address and Telephone Number | Mailing Address and Telephone Number |
| Kelly.Klaus@mto.com | Rose.Ehler@mto.com |
| E-Mail Address | E-Mail Address |

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

Shannon Galvin Aminirad

Name of Counsel

*/s/ Shannon Aminirad*

Signature of Counsel

Munger, Tolles & Olson LLP
560 Mission St., 27th Fl.,
San Francisco, CA 91405  (415) 512-4072

Mailing Address and Telephone Number

Shannon.Aminirad@mto.com

E-Mail Address

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☑ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

May 1, 2024
Date

*[signature]*
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

☑    All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐    On _____ I sent a copy of this Entry of Appearance Form to:
                [date]

_____

at_____,

the last known address/email address, by _____.
                                            [state method of service]

May 1, 2024_____
Date

_____/s/ Keith_____
Signature