UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

Whyte Monkee Productions, LLC, Timothy Sepi

v.

Netflix, Inc., Royal Goode Productions LLC,

Case No. 22-6086

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

See attached list.
_____
[Party or Parties][1]

_____

Amici Curiae _____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

Phillip R. Malone

_____
Signature of Counsel

May 2, 2024
_____
Date

Juelsgaard Intellectual Property & Innovation Clinic
Mills Legal Clinic at Stanford Law School
559 Nathan Abbott Way
Stanford, California 94305
(650) 725-6369
pmalone@law.stanford.edu

Nina K. Srejovic

_____
Signature of Counsel

May 2, 2024
_____
Date

Juelsgaard Intellectual Property & Innovation Clinic
Mills Legal Clinic at Stanford Law School
559 Nathan Abbott Way
Stanford, California 94305
(650) 723-2237
srejovic@law.stanford.edu

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

Alex S. Cohen

*/s/ Alex Cohen*

Signature of Certified Law Student

May 2, 2024
Date

Juelsgaard Intellectual Property &
Innovation Clinic
Mills Legal Clinic at Stanford Law School
559 Nathan Abbott Way
Stanford, California 94305
(650) 724-1900
ascohen@stanford.edu

# APPENDIX — LIST OF AMICI

*Amici curiae* 31 copyright and media law professors are listed below. Affiliation is provided for identification purposes only. All signatories are participating in their individual capacity, not on behalf of their institutions.

**Professor Jonathan Askin**
Brooklyn Law School

**Professor Mark Bartholomew**
University at Buffalo School of Law

**Professor Barton Beebe**
New York University School of Law

**Professor Michael A. Carrier**
Rutgers Law School

**Professor Michael W. Carroll**
American University College of Law

**Professor Zachary Catanzaro**
St. Thomas University College of Law

**Professor Dale Cohen**
UCLA School of Law

**Professor Jorge L. Contreras**
University of Utah S.J. Quinney College of Law

**Professor Stacey Dogan**
Boston University School of Law

**Professor Brian L. Frye**
University of Kentucky College of Law

**Professor Shubha Ghosh**
Syracuse University College of Law

**Professor James Gibson**
University of Richmond School of Law

**Professor Ellen P. Goodman**
Rutgers Law School

**Professor James Grimmelmann**
Cornell Law School

**Professor Laura A. Heymann**
William & Mary Law School

**Professor Peter Jaszi**
American University College of Law

**Professor Stacey M. Lantagne**
Western New England University School of Law

**Professor Mark A. Lemley**
Stanford Law School

**Professor Yvette Joy Liebesman**
Saint Louis University School of Law

**Professor Orly Lobel**
University of San Diego School of Law

**Professor Glynn Lunney**
Texas A&M University School of Law

**Professor Timothy J. McFarlin**
Samford University Cumberland School of Law

**Professor Mark P. McKenna**
UCLA School of Law

**Professor Tyler T. Ochoa**
Santa Clara University School of Law

**Professor Betsy Rosenblatt**
Case Western Reserve University Law School

**Professor Zahr K. Said**
Santa Clara University School of Law

**Professor Pamela Samuelson**
UC Berkeley School of Law

**Professor Jason M. Schultz**
New York University School of Law

**Professor Jessica Silbey**
Boston University School of Law

**Professor Erik Stallman**
UC Berkeley School of Law

**Professor Rebecca Tushnet**
Harvard Law School

# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

Student/Supervisor/Dean Certification for Law Student Representation

**I. Student Certification**

Docket No. 22-6086

Case title: *Whyte Monkee Productions, LLC v. Netflix, Inc.*

My signature below certifies that:

a. I am enrolled and in good standing at **Stanford Law School**

b. I have completed at least four semesters of legal studies.

c. I am familiar with and will comply with the Federal Rules of Civil, Criminal, and Appellate Procedure and Evidence; the Code of Professional Responsibility; and the rules of this court.

d. I am not receiving compensation directly from the party on whose behalf I am rendering services.

Signature: *[signature]*

Date: April 25, 2024

Name: Alex Spencer Cohen

1

## II. Supervising Attorney Agreement

Docket No. 22-6086

Case title: *Whyte Monkee Productions, LLC v. Netflix, Inc.*

Party Represented: *Amicus* copyright law professors

I certify that I am a member in good standing of the Tenth Circuit bar.

On behalf of the party listed above, I will assume personal professional responsibility for the quality of the work of the student below; guide and assist the student as necessary or appropriate under the circumstances; sign all documents filed with the court; appear with the student in any oral presentations before the court; file a written agreement to supervise the student; and supplement any written or oral statement made by the student to this court or opposing counsel if the court so requests.

Student: _____Alex Cohen_____

**Supervising Attorney**

Signature _____[signature]_____

Date _____Apr 29, 2024_____

Name:    Phillip R. Malone,
         Stanford Law School
         559 Nathan Abbott Way
         Stanford, California 94305
         (650) 725-6369

2

## III. Dean Certification

Docket No. 22-6086

Case title: *Whyte Monkee Productions, LLC v. Netflix, Inc.*

I certify that the student listed below is enrolled and in good standing at **Stanford Law School** and have completed at four semesters of legal studies. I further certify that the student is of good character and competent legal ability, and is qualified to provide the legal representation permitted by Tenth Circuit Rule 46.7.

Student: Alex Cohen

Dean Signature: _[signature]_

Date: 5/1/24

Name: John Dalton

Address: Associate Dean of Student Affairs

Stanford Law School
559 Nathan Abbott Way
Stanford, California 94305

Phone Number: 650-497-8492

3

**Fwd: PTLS Application Approval Notice [ ref:!00Dt00TZax.!5008y0AMytk:ref ]**

Phil Malone <pmalone@law.stanford.edu>
Tue 4/30/2024 5:25 PM
To: Ana Villanueva <anamv@stanford.edu>

Here you go. Thanks!!

P


Sent from my iPhone

Begin forwarded message:

> **From:** State Bar of California - Special Admissions <special.admissions@calbar.ca.gov>
> **Date:** March 13, 2024 at 10:58:11 AM PDT
> **To:** ascohen@stanford.edu
> **Cc:** pmalone@law.stanford.edu, srejovic@law.stanford.edu
> **Subject: PTLS Application Approval Notice    [ ref:!00Dt00TZax.!5008y0AMytk:ref ]**



**The State Bar of California**          OFFICE OF ADMISSIONS

### NOTICE OF STUDENT CERTIFICATION

**Certification Number:** 01043600
**Effective Date:** 4/3/2024
**Graduation:** 6/2024
**Law School:** STANFORD LAW SCHOOL
**Supervising Attorney:** Phillip Malone and Nina Srejovic
**Applicant File Number:** 706301


Dear Alex Spencer Cohen,

The State Bar of California's Office of Admissions has reviewed your application and determined that you have met the requirements for certification under the *Rules Governing the Practical Training of Law Students (Rules)*. We are pleased to inform you that you have been certified to engage in the activities set forth in Title 3.4 of the *Rules* under the supervision of **Phillip Malone and Nina Srejovic**.

Under Title 3, Rule 3.8 of the Rules Governing the Practical Training of Law Students, your certification will expire on 6/9/2024, unless terminated earlier.

The Practical Training of Law Students Program information is available on the State Bar's website at http://www.calbar.ca.gov/Admissions/Special-Admissions/Practical-Training-of-Law-Students. In addition, there is a model consent form that your supervising attorney may wish to refer to when preparing a consent form to be presented to client(s) when complying with Title 3, Rule 3.4 of the Rules.

Sincerely,

**Office of Admissions**

The State Bar of California | 845 S. Figueroa Street | Los Angeles, CA 90017
(213) 765-1000 | www.calbar.ca.gov/Admissions

**OUR VALUES** | Clarity • Investing in Our People • Excellence • Respect • Growth Mindset

---

**Working to protect the public in support of the mission of the State Bar of California.**

Please consider the environment before printing this email.

LinkedIn | Twitter |Facebook | Instagram |YouTube

CC: Supervising Attorney, Dean

ref:!00Dt00TZax.!5008y0AMytk:ref

**From:** State Bar of California - Special Admissions <special.admissions@calbar.ca.gov>
**Date:** March 13, 2024 at 10:58:11 AM PDT
**To:** ascohen@stanford.edu
**Cc:** pmalone@law.stanford.edu, srejovic@law.stanford.edu
**Subject: PTLS Application Approval Notice   [ ref:!00Dt00TZax.!5008y0AMytk:ref ]**



# The State Bar of California

OFFICE OF ADMISSIONS

## NOTICE OF STUDENT CERTIFICATION

**Certification Number:** 01043600
**Effective Date:** 4/3/2024
**Graduation:** 6/2024
**Law School:** STANFORD LAW SCHOOL
**Supervising Attorney:** Phillip Malone and Nina Srejovic
**Applicant File Number:** 706301

Dear Alex Spencer Cohen,

The State Bar of California's Office of Admissions has reviewed your application and determined that you have met the requirements for certification under the *Rules Governing the Practical Training of Law Students (Rules)*. We are pleased to inform you that you have been certified to engage in the activities set forth in Title 3.4 of the *Rules* under the supervision of **Phillip Malone and Nina Srejovic**.

Under Title 3, Rule 3.8 of the Rules Governing the Practical Training of Law Students, your certification will expire on 6/9/2024, unless terminated earlier.

The Practical Training of Law Students Program information is available on the State Bar's website at http://www.calbar.ca.gov/Admissions/Special-Admissions/Practical-Training-of-Law-Students. In addition, there is a model consent form that your supervising attorney may wish to refer to when preparing a consent form to be presented to client(s) when complying with Title 3, Rule 3.4 of the Rules.

Sincerely,

**Office of Admissions**

The State Bar of California | 845 S. Figueroa Street | Los Angeles, CA 90017
(213) 765-1000 | www.calbar.ca.gov/Admissions

**OUR VALUES** | Clarity • Investing in Our People • Excellence • Respect • Growth Mindset

**Working to protect the public in support of the mission of the State Bar of California.**
Please consider the environment before printing this email.
LinkedIn | Twitter |Facebook | Instagram |YouTube

CC: Supervising Attorney, Dean

ref:!00Dt00TZax.!5008y0AMytk:ref

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

Client Consent to Law Student Representation

Docket No. 22-6086

Case title: *Whyte Monkee Productions, LLC v. Netflix, Inc.*

I authorize law student(s) enrolled at **Stanford Law School** under the supervision of **Phillip R. Malone** to appear in court or at other proceedings and to prepare documents on my behalf in the above referenced case.

Signature: _____

Date: 05-01-2024

Name: Mark A. Lemley

Address:

Stanford Law School
559 Nathan Abbott Way
Stanford, California 94305

Phone Number: 650-723-4605

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not

  direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☑ There are no such parties/attorneys, or any such parties/attorneys have already been

  disclosed to the court.

5/2/2024
Date

*[signature]*
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

2

# CERTIFICATE OF SERVICE

I hereby certify that:

☑ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On _____ I sent a copy of this Entry of Appearance
        [date]

Form to:

_____

at _____,

the last known address/email address, by _____.
                                          [state method of service]

_5/2/2024_____
Date

_[signature]_____
Signature