CASE NO. 22-6086
IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

––––––––––––––––––

WHYTE MONKEE PRODUCTIONS LLC, TIMOTHY SEPI,
*Plaintiffs-Appellants,*
*v.*
NETFLIX, INC., ROYAL GOODE PRODUCTIONS LLC,
*Defendants-Appellees*

––––––––––––––––––

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA (NO. CIV-20-933-D),
HON. TIMOTHY D. DEGIUSTI

––––––––––––––––––

**MOTION OF *AMICI CURIAE* 31 COPYRIGHT AND MEDIA LAW
PROFESSORS FOR LEAVE TO FILE BRIEF IN SUPPORT OF
LIMITED PETITION FOR PARTIAL PANEL REHEARING AND
REHEARING *EN BANC***

––––––––––––––––––

Phillip R. Malone
Nina K. Srejovic
Alex S. Cohen
Juelsgaard Intellectual Property and
Innovation Clinic
Mills Legal Clinic at Stanford
    Law School
559 Nathan Abbott Way
Stanford, CA 94305
Telephone: 650-725-6369
Email: pmalone@stanford.edu
*Counsel for Amici Curiae*

## MOTION FOR LEAVE TO FILE BRIEF *AMICI CURIAE*

*Amici* respectfully move for leave to file a brief in support of the limited petition for partial panel rehearing and rehearing *en banc* filed in this appeal, pursuant to Federal Rules of Appellate Procedure 29(b)(2) and (b)(3). The brief is attached. Both parties have received appropriate notice of the filing of this motion and submission of the brief, and both have stated that they have no opposition to the filing of the brief.

*Amici* are copyright and media law professors with no personal interest in the outcome of this case.[1] They do, however, share an academic and professional interest in ensuring that fair use, a key bulwark protecting creativity and free expression, is not unduly restricted.

*Amici* include professors who have filed briefs in the Supreme Court, federal circuit courts of appeal, and federal district courts arguing for proper application of copyright law and the fair use doctrine. *See, e.g.*, Brief for Copyright Professors as Amici Curiae Supporting Petitioner, Andy Warhol Found. for the Visual Arts, Inc. v. Goldsmith, 598 U.S. 508 (2023) (No. 21-869); Brief for 72 Intellectual Property Scholars as Amici

---

[1] A full list of *amici* can be found in the Appendix.

Curiae Supporting Petitioner, Google LLC v. Oracle Am., Inc., 593 U.S. 1 (2021) (No. 18-956); Brief for Law Professors as Amici Curiae Supporting Appellees, Andy Warhol Found. for the Visual Arts, Inc. v. Goldsmith, 11 F.4th 26 (No. 19-2420-CV).

*Amici* have also published extensively in law journals and other academic outlets on the subjects of copyright law and fair use. *See, e.g.*, Karen Shatzkin & Dale Cohen, *PICTURE THIS: Applying the Fair Use Doctrine to Documentary Films After* Google/Oracle *and* Warhol, 30 UCLA ENTM'T L. REV. 1 (2023); Mark A. Lemley & Pamela Samuelson, *Interfaces and Interoperability After* Google v. Oracle, 100 TEXAS L. REV. 1 (2021); Michael W. Carroll & Peter A. Jaszi, *The Triumph of Three Big Ideas in Fair Use Jurisprudence*, 99 TUL. L. REV., no. 2, 2024, at 1; Pamela Samuelson, *How to Distinguish Transformative Fair Uses From Infringing Derivative Works?*, KLUWER COPYRIGHT BLOG (Jun. 5, 2023), https://copyrightblog.kluweriplaw.com/2023/06/05/how-to-distinguish-transformative-fair-uses-from-infringing-derivative-works/. *Amici* professors have been tracking recent copyright cases at the Supreme Court closely. Based on *amici*'s detailed study, they share grave concerns that the panel's reasoning conflicts with controlling precedent.

This is the extraordinary case that not only conflicts with Supreme Court decisions but also threatens to turn the direction of copyright law against the public interest. The proposed brief explains the exceptional public importance of the panel's decision: in particular, it describes the broader impact and far-reaching consequences of the panel's disregard of binding Supreme Court precedent, its severe narrowing of the fair use defense, and its focus on parody as the sole form of transformative use. The public interest and academic perspectives of *amici* who study and write about the legal and policy issues raised by this case will benefit this Court in reviewing the petition for rehearing and rehearing *en banc*.

Accordingly, *amici* respectfully request leave to file.

May 2, 2024                                  Respectfully submitted,

By: /s/ Phillip R. Malone
Phillip R. Malone
Nina K. Srejovic
Alex S. Cohen
Juelsgaard Intellectual Property and
    Innovation Clinic
Mills Legal Clinic at Stanford
    Law School
559 Nathan Abbott Way
Stanford, CA 94305
Telephone: 650-725-6369
Email: pmalone@stanford.edu
*Counsel for Amici Curiae*

# CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT

Certificate of Compliance With Type-Volume Limit,
Typeface Requirements, and Type Style Requirements

1. This document complies with the word limit of Fed. R. App. P. 27(d)(2) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f):

    [X] this document contains 505 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because:

    [X] this document has been prepared in a proportionally spaced typeface using Microsoft Word Version 16.84 in 14-Point Century Schoolbook font.

Date: May 2, 2024

/s/ Phillip R. Malone
Phillip R. Malone
Nina K. Srejovic
Alex S. Cohen
*Counsel for Amici Curiae*
Juelsgaard Intellectual Property and
    Innovation Clinic
Mills Legal Clinic at Stanford
    Law School
559 Nathan Abbott Way
Stanford, CA 94305
Email: pmalone@stanford.edu
Telephone: 650-725-6369

# APPENDIX — LIST OF *AMICI*

*Amici curiae* 31 copyright and media law professors are listed below. Affiliation is provided for identification purposes only. All signatories are participating in their individual capacity, not on behalf of their institutions.

**Professor Jonathan Askin**
Brooklyn Law School

**Professor Mark Bartholomew**
University at Buffalo School of Law

**Professor Barton Beebe**
New York University School of Law

**Professor Michael A. Carrier**
Rutgers Law School

**Professor Michael W. Carroll**
American University College of Law

**Professor Zachary Catanzaro**
St. Thomas University College of Law

**Professor Dale Cohen**
UCLA School of Law

**Professor Jorge L. Contreras**
University of Utah S.J. Quinney College of Law

**Professor Stacey Dogan**
Boston University School of Law

**Professor Brian L. Frye**
University of Kentucky College of Law

**Professor Shubha Ghosh**
Syracuse University College of Law

**Professor James Gibson**
University of Richmond School of Law

**Professor Ellen P. Goodman**
Rutgers Law School

**Professor James Grimmelmann**
Cornell Law School

**Professor Laura A. Heymann**
William & Mary Law School

**Professor Peter Jaszi**
American University College of Law

**Professor Stacey M. Lantagne**
Western New England University School of Law

**Professor Mark A. Lemley**
Stanford Law School

**Professor Yvette Joy Liebesman**
Saint Louis University School of Law

**Professor Orly Lobel**
University of San Diego School of Law

**Professor Glynn Lunney**
Texas A&M University School of Law

**Professor Timothy J. McFarlin**
Samford University Cumberland School of Law

**Professor Mark P. McKenna**
UCLA School of Law

**Professor Tyler T. Ochoa**
Santa Clara University School of Law

**Professor Betsy Rosenblatt**
Case Western Reserve University Law School

**Professor Zahr K. Said**
Santa Clara University School of Law

**Professor Pamela Samuelson**
UC Berkeley School of Law

**Professor Jason M. Schultz**
New York University School of Law

**Professor Jessica Silbey**
Boston University School of Law

**Professor Erik Stallman**
UC Berkeley School of Law

**Professor Rebecca Tushnet**
Harvard Law School