UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

| | |
|---|---|
| Whyte Monkee Productions, LLC; Timothy Sepi, Plaintiffs-Appellants, <br><br> v. <br><br> Netflix, Inc., Royal Goode Productions, LLC, Defendants-Appellees | Case No. 22-6086 |

### ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Authors Alliance, Electronic Frontier Foundation, American Library Association, Association of Research Libraries, and Public Knowledge
_____
[Party or Parties][1]

Amici Curiae
_____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]


Mitchell L. Stoltz
_____        _____
Name of Counsel                                  Name of Counsel

*[signature]*
_____        _____
Signature of Counsel                             Signature of Counsel

**Electronic Frontier Foundation**
815 Eddy Street,
San Francisco, CA  94109
(415) 436-9333
_____        _____
Mailing Address and Telephone Number             Mailing Address and Telephone Number

mitch@eff.org
_____        _____
E-Mail Address                                   E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not

direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☑ There are no such parties/attorneys, or any such parties/attorneys have already been

disclosed to the court.

May 2, 2024
_____
Date

*[signature]*
_____
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I certify that on this of May 2, 2024, I electronically filed the foregoing Entry of Appearance and Certificate of Interested Parties using the Court's CM/ECF system which will send notification of such filing to all parties of record.

Dated: May 2, 2024                          /s/ Mitchell L. Stoltz
                                                     Mitchell L. Stoltz